JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO LASSITER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOSTESS WLAX, LLC, a Delaware Limited Liability Company; LONE START GLOBAL ACQUISITIONS, LLC, a Delaware Limited Liability Company; MARRIOT INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-05991-AB-AGR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 28, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.